FORM ntdso (Rev. 08/11)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Jennifer Rene Morrison
    SSN/ITIN: xxx–xx–4930
      Debtor

Bankruptcy Case No.:  12–10130–KKS

Chapter:  13
Judge:  Karen K. Specie

**CLERK'S NOTICE OF DISCHARGE REQUIREMENTS
FOR CHAPTER 11, 12 AND 13 CASES**

Notice is hereby given that one or more of the items listed below may be due from the debtor(s):

**1. Certification that the final plan payment has been made or a hardship discharge has been granted** pursuant to 11 U.S.C. § 1141(d)(5)(B), 1228(b) or 1328(b): Required for cases under chapter 11, 12 and 13. (Local Form 37–11, 37–12 or 37–13)

**2. Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management** pursuant to Fed. R. Bankr. P. 4004(c)(4): Required for cases under chapters 11 and 13. A separate certification is required for each debtor in joint cases. (Official Form B 23 and/or the certificate issued by the provider)

**3. Certification Regarding Domestic Support Obligation** pursuant to 11 U.S.C. § 1228(a) or 1328(a): Required for cases under chapter 12 or 13. Individual certification required for each debtor in joint cases. (Local Form 37–12 or 37–13)

**4. Certification regarding prior discharge** pursuant to 11 U.S.C. § 1328(f): Required for chapter 13 cases. (Local Form 37–13)

**5. Statement of Compliance regarding exemptions** pursuant to 11 U.S.C. § 1141(d)(5)(C), 1228(f), or 1328(h): Required for cases under chapter 11, 12 and 13, as applicable. (Local Form 37–11, 37–12 or 37–13)

The debtor(s) and/or debtor(s)' attorney is/are hereby notified that the applicable statements and/or certifications above must be filed as soon as practicable after completion of all payments under the plan. Failure to file items 1–4, as applicable, may result in the case being closed without entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the certifications and/or statements, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: December 9, 2015

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

Service by the Court to:
    All parties in interest